IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARETHA RACHELLE WOODLY, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. JKB-24-01813 |
| BALTIMORE GAS & ELECTRIC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court has reviewed Plaintiff's Complaint (ECF No. 1) as well as her pending Motions for Summary Judgment (ECF No. 9) and for a Preliminary Injunction (ECF No. 10). Upon a review of these filings, it does not appear that this Court has subject matter jurisdiction over this action. Federal courts are courts of limited jurisdiction, and the plaintiff bears the burden of demonstrating that this Court has the authority to hear the case. *Home Buyers Warranty Corp. v. Hanna*, 750 F.3d 427, 432 (4th Cir. 2014). This Court may dismiss a deficient complaint *sua sponte* after giving the plaintiff notice and an opportunity to amend or otherwise respond. *Robertson v. Anderson Mill Elementary Sch.*, 989 F.3d 282, 291 (4th Cir. 2021).

Accordingly, it is ORDERED that Plaintiff SHALL SHOW CAUSE by July 31, 2024, why this action should not be dismissed for lack of federal subject matter jurisdiction. Plaintiff is FOREWARNED that failure to respond by that date will result in the denial of her pending motions and the dismissal of this action.

DATED this 17th day of July, 2024.

BY THE COURT:

_____/S/ JAMES K. BREDAR_____
James K. Bredar
United States District Judge